**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lindsay Ann Bleam<br>Nathan Michael Bleam<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 19-10354 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

      Respectfully submitted,
**/s/ Kevin G. McDonald, Esq.**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322