Certificate Number: 17082-PAE-DE-032239918

Bankruptcy Case Number: 19-10354



17082-PAE-DE-032239918

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2019, at 8:57 o'clock PM MST, LINDSAY BLEAM completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 1, 2019            By:   /s/Orsolya K Lazar

                                    Name: Orsolya K Lazar

                                    Title: Executive Director