UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Lindsay Ann Bleam           :      Chapter 13
        Nathan Michael Bleam
            Debtors            :      Bankruptcy No. 19-10354-REF

**CONSENT ORDER TOLLING DEADLINE TO OBJECT TO EXEMPTIONS
REGARDING PERSONAL INJURY CLAIM**

     **WHEREAS**, the Debtors have identified an unliquidated personal injury claim ("Claim") as an asset on Schedule AB;

     **WHEREAS**, the Debtors have elected to exempt 100% of the personal injury claim under 11 U.S.C. §522(d)(10)(C), §522(d)(11)(E) and §522(d)(11)(D), and

     **WHEREAS**, the Trustee cannot verify the value of the claim and the allowance of the exemption at this time;

     Therefore, upon agreement of the parties, it is hereby **ORDERED** that the time period to object to any exemption regarding the Claim under Bankruptcy Rule 4003(b) shall be extended indefinitely until thirty days after Debtors' counsel provides the Trustee a written copy of the Settlement Agreement or Judgment regarding the Claim.

Date: May 8, 2019

Scott F. Waterman, Esquire
Chapter 13 Standing Trustee
Rolando Ramos, Esquire

Date: 5/10/19

Lynn E. Feldman, Esquire
Attorney for Debtors

**BY THE COURT:**

5/14/19

HON. RICHARD E. FEHLING
CHIEF BANKRUPTCY JUDGE