United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 19-10354-ref
Lindsay Ann Bleam                                                                 Chapter 13
Nathan Michael Bleam
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: May 15, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db/jdb         Lindsay Ann Bleam,    Nathan Michael Bleam,    630 Walnut St,    Emmaus, PA  18049-2220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:07:15      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    on behalf of Debtor Lindsay Ann Bleam feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Nathan Michael Bleam feldmanfiling@rcn.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,   ecf_frpa@trustee13.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Lindsay Ann Bleam              :    Chapter 13
        Nathan Michael Bleam
              Debtors                  :    Bankruptcy No. 19-10354-REF

**CONSENT ORDER TOLLING DEADLINE TO OBJECT TO EXEMPTIONS
REGARDING PERSONAL INJURY CLAIM**

WHEREAS, the Debtors have identified an unliquidated personal injury claim ("Claim") as an asset on Schedule AB;

WHEREAS, the Debtors have elected to exempt 100% of the personal injury claim under 11 U.S.C. §522(d)(10)(C), §522(d)(11)(E) and §522(d)(11)(D), and

WHEREAS, the Trustee cannot verify the value of the claim and the allowance of the exemption at this time;

Therefore, upon agreement of the parties, it is hereby **ORDERED** that the time period to object to any exemption regarding the Claim under Bankruptcy Rule 4003(b) shall be extended indefinitely until thirty days after Debtors' counsel provides the Trustee a written copy of the Settlement Agreement or Judgment regarding the Claim.

Date: May 8, 2019

Scott F. Waterman, Esquire
Chapter 13 Standing Trustee
Rolando Ramos, Esquire

Date: 5/10/19

Lynn E. Feldman, Esquire
Attorney for Debtors

5/14/19

**BY THE COURT:**

**HON. RICHARD E. FEHLING
CHIEF BANKRUPTCY JUDGE**