United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-10354-amc
Lindsay Ann Bleam                                               Chapter 13
Nathan Michael Bleam
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: BarbaraS              Page 1 of 2              Date Rcvd: Jun 04, 2019
                               Form ID: 167                Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2019.
```
db/jdb         Lindsay Ann Bleam,   Nathan Michael Bleam,   630 Walnut St,   Emmaus, PA  18049-2220
14260661       AA/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
14260662       Allied Interstate,    PO Box 361474,    Columbus, OH  43236-1474
14260663       American Coradius International,    2420 Sweet Home Rd Ste 150,    Buffalo, NY  14228-2244
14260664       Amex,   PO Box 981537,    El Paso, TX  79998-1537
14278272      +BMW Bank of North America,    PO Box 23356,    Pittsburgh PA 15222-6356
14268084      +Bankers Healthcare Group co Pinnacle Bank,    150 3rd Ave South Ste 900,
                Nashville, TN 37201-2034
14260666       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE  19899-8803
14260667      +Bmw Bank of North Amer,    2735 E Parleys Way,    Salt Lake City, UT 84109-1666
14260668       Cap1/cabel,    4800 NW 1st St,    Lincoln, NE  68521-4463
14260669       Cap1/cbela,    4800 NW 1st St,    Lincoln, NE  68521-4463
14260672       Cbna,   PO Box 6497,    Sioux Falls, SD  57117-6497
14282082      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14260673       Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
14296912      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,   Sioux Falls, SD 57104-0493
14260674       Comenitybank/legndpine,    PO Box 182789,    Columbus, OH  43218-2789
14296562       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
14260676       Diamond Credit Union,    1600 Medical Dr,    Pottstown, PA  19464-3242
14260678       Dsnb Macys,    PO Box 8218,    Mason, OH  45040-8218
14260680       Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ  08054-7388
14260681       First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD  57107-0145
14260684       Mercantile Adjustment Bureau,    165 Lawrence Bell Dr Ste 100,    Williamsville, NY  14221-7900
14260688     ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
               (address filed with court:  People First Fed C,    2141 Downyflake Ln,
                Allentown, PA  18103-4774)
14260685      +Pentagon Federal Cr Un,    PO Box 19046,    Alexandria, VA 20598-0001
14260687      +People 1st Fcu,    2141 Downyflake Ln,    Allentown, PA 18103-4937
14262713      +Quicken Loans Inc.,    c/o Kevin G. McDonald, Esquire,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
14269197      +Quicken Loans Inc.,    63 Woodward Avenue,    Detroit, MI 48229-1563
14260691       St Lukes University Health Network,    801 Ostrum St,    Bethlehem, PA  18015-1000
14260697       Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
14260698       Usaa Federal Savings B,    PO Box 47504,    San Antonio, TX  78201
14260699       Usaa Savings Bank,    10750 W McDermott Fwy,    San Antonio, TX  78288-1601
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14260671       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2019 03:06:46      Capital One,
                PO Box 30281,    Salt Lake City, UT  84130-0281
14260670       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2019 03:07:06      Capital One,
                PO Box 30253,    Salt Lake City, UT  84130-0253
14277802      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2019 03:18:13      Capital One, N.A.,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14260675       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 05 2019 03:02:48      Comenitybk/sguidevs,
                PO Box 182789,    Columbus, OH  43218-2789
14263043       E-mail/Text: mrdiscen@discover.com Jun 05 2019 03:02:31      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14260677       E-mail/Text: mrdiscen@discover.com Jun 05 2019 03:02:31      Discover Fin Svcs LLC,
                PO Box 15316,    Wilmington, DE  19850-5316
14260679       E-mail/Text: egssupportservices@alorica.com Jun 05 2019 03:03:30      EGS financial Care,
                PO Box 1020,    Horsham, PA  19044-8020
14260682       E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:24      Genpact Services,   PO Box 960013,
                Orlando, FL  32896-0013
14264718      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 05 2019 03:03:31      KeyBank N.A.,
                4910 Tiedeman Road,    Brooklyn, OH 44144-2338
14260683       E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 05 2019 03:03:31      Keybank NA,
                PO Box 94518,    Cleveland, OH  44101-4518
14284766       E-mail/Text: bkrgeneric@penfed.org Jun 05 2019 03:02:31      Pentagon Federal Credit Union,
                Bankruptcy Department,    P.O. Box 1432,    Alexandria, VA 22313
14287942       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2019 03:07:08
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14260686       E-mail/Text: bkrgeneric@penfed.org Jun 05 2019 03:02:31      Pentagon Federal Cr Un,
                PO Box 1432,    Alexandria, VA  22313-1432
14260689      +E-mail/Text: bankruptcy@pnfp.com Jun 05 2019 03:03:54      Pinnacle Bank,   150 3rd Ave S,
                Nashville, TN 37201-2034
14292776       E-mail/Text: bnc-quantum@quantum3group.com Jun 05 2019 03:02:55
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
14260690       E-mail/Text: bankruptcyteam@quickenloans.com Jun 05 2019 03:03:38      Quicken Loans,
                1050 Woodward Ave,    Detroit, MI  48226-1906
14269199      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 05 2019 03:03:38      Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
```

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                  Date Rcvd: Jun 04, 2019
                              Form ID: 167                Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14297321       +E-mail/Text: bncmail@w-legal.com Jun 05 2019 03:03:29      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14260696        E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:06:42      Syncb/Walmart DC,   PO Box 965024,
                 Orlando, FL 32896-5024
14260692        E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:06:42      Syncb/amazon,    PO Box 965015,
                 Orlando, FL 32896-5015
14260693        E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:24      Syncb/marvel,   C/o,
                 PO Box 965022,   Orlando, FL 32896-5022
14260694        E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:06:43      Syncb/oldnavydc,   PO Box 965005,
                 Orlando, FL 32896-5005
14260695        E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:00      Syncb/paypal Extras Mc,
                 PO Box 965005,   Orlando, FL 32896-5005
14260781       +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:24      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14297389       +E-mail/Text: bncmail@w-legal.com Jun 05 2019 03:03:29       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14293920       +E-mail/Text: bncmail@w-legal.com Jun 05 2019 03:03:29       USAA Federal Savings Bank,
                 C/O Weinstein & Riley, PS,    2001 Western Ave,,   Suite 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14270474*     ++PEOPLE FIRST FEDERAL CREDIT UNION,   2141 DOWNYFLAKE LN,   ALLENTOWN PA 18103-4799
               (address filed with court:  People First Federal Credit Union,    2141 Downyflake Ln,
                 Allentown, PA 18103-4774)
14297323*     +SYNCHRONY BANK,    c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,
                 Seattle, WA 98121-3132
14297324*     +SYNCHRONY BANK,    c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,
                 Seattle, WA 98121-3132
14297421*     +SYNCHRONY BANK,    c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,
                 Seattle, WA 98121-3132
14260665      ##Bank Of America,    PO Box 2278,   Norfolk, VA 23501-2278
                                                                                 TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    on behalf of Debtor Lindsay Ann Bleam feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Nathan Michael Bleam feldmanfiling@rcn.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lindsay Ann Bleam and
Nathan Michael Bleam
    Debtor(s)

Case No: 19–10354–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Hearing rescheduled re [20] Motion to Dismiss Case; feasibility and underfunding Filed by SCOTT F. WATERMAN. **Hearing scheduled 7/11/2019 at 10:00 AM**.

on: 7/11/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/4/19

Timothy B. McGrath
Clerk of Court

25 – 20
Form 167