**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DIVISION OF PENNSYLVANIA
READING DIVISION**

IN RE: LINDSAY ANN BLEAM    :
   NATHAN MICHAEL BLEAM  :  CHAPTER 13
                :
   Debtors      :  Bky No. 19-10354-AMC

## ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon the First Application of attorney for the debtor and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

|  | | |
|---|---|---|
| | $ 3,430.00 | for attorney's fees |
| | $ 0.00 | for expenses |
| | $ 3,430.00 | TOTAL for fees AND expenses |
| LESS | $ 1,430.00 | credit for funds already received; equals |
| | $ 2,000.00 | BALANCE DUE |

ENTERED: **September 3, 2019**       _____
                                               J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman*
Lynn E. Feldman, Esquire
Attorney for Debtors
I.D.#: 35996
Feldman Law Offices
221 N. Cedar Crest Blvd.
Allentown, PA 18104
Phone (610) 530-9285
Facsimile (610) 437-7011
Email: feldmanfiling@rcn.com