United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lindsay Ann Bleam  
Nathan Michael Bleam  
    Debtors

Case No. 19-10354-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: ChrissyW    Page 1 of 1    Date Rcvd: Sep 03, 2019  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.  
db            Lindsay Ann Bleam,    630 Walnut St,    Emmaus, PA 18049-2220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:  
           KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
           LYNN E. FELDMAN    on behalf of Debtor Lindsay Ann Bleam feldmanfiling@rcn.com  
           LYNN E. FELDMAN    on behalf of Joint Debtor Nathan Michael Bleam feldmanfiling@rcn.com  
           ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
            ecfmail@readingch13.com, ecf_frpa@trustee13.com  
           SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,  
            ecf_frpa@trustee13.com  
           SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                    TOTAL: 7

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DIVISION OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: LINDSAY ANN BLEAM | : | |
| NATHAN MICHAEL BLEAM | : | CHAPTER 13 |
| | : | |
| Debtors | : | Bky No. 19-10354-AMC |

**ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES**

Upon the First Application of attorney for the debtor and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

    $ 3,430.00     for attorney's fees
    $     0.00     for expenses
    $ 3,430.00     TOTAL for fees AND expenses
    LESS $ 1,430.00     credit for funds already received; equals
    $ 2,000.00     BALANCE DUE

ENTERED: **September 3, 2019**     _____
                                                                                   J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman*
Lynn E. Feldman, Esquire
Attorney for Debtors
I.D.#: 35996
Feldman Law Offices
221 N. Cedar Crest Blvd.
Allentown, PA 18104
Phone (610) 530-9285
Facsimile (610) 437-7011
Email: feldmanfiling@rcn.com