**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lindsay Ann Bleam** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION |
| Case number (if known) | 4:19-bk-10354 |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **630 Walnut St**<br>**Emmaus PA, 18049-2220**<br>**County : Lehigh**<br>Line from *Schedule A/B*: **1.1** | $180,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| **1999 Pontiac Firebird**<br>Line from *Schedule A/B*: **3.2** | $1,900.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| **1979 boat and trailer**<br>Line from *Schedule A/B*: **3.3** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **2008 Chrysler Aspen**<br>Line from *Schedule A/B*: **3.4** | $11,500.00 | ■ $7,550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| **2008 Chrysler Aspen**<br>Line from *Schedule A/B*: **3.4** | $11,500.00 | ■ $3,950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

| Debtor 1 / Debtor 2 | **Bleam, Lindsay Ann & Bleam, Nathan Michael** | Case number (if known) | **4:19-bk-10354** |
|---|---|---|---|

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **assorted household furnishings including tables,chairs,bench,beds,dressers**<br>Line from *Schedule A/B*: **6.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **assorted pots,pans,dishware,utensils**<br>Line from *Schedule A/B*: **6.2** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **assorted hand tools,workbench,chest**<br>Line from *Schedule A/B*: **6.3** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **refrigerator,televisions,computer,printer,washer,dryer,mower, weedwacker,blower,generator, powerwasher**<br>Line from *Schedule A/B*: **7.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **clothing**<br>Line from *Schedule A/B*: **11.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **jewelry**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| **dog**<br>Line from *Schedule A/B*: **13.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **cash on hand**<br>Line from *Schedule A/B*: **16.1** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **savings account People First FCU**<br>Line from *Schedule A/B*: **17.2** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **savings account People First FCU**<br>Line from *Schedule A/B*: **17.4** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **savings account Pen Federal FCU**<br>Line from *Schedule A/B*: **17.5** | $5.00 | ■ $555.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

| Debtor 1 Debtor 2 | Bleam, Lindsay Ann & Bleam, Nathan Michael | | Case number (if known) | **4:19-bk-10354** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **savings account Allentown Educators FCU**<br>Line from *Schedule A/B*: **17.6** | $139.00 | ■<br>☐ | $139.00<br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **checking account Embassy Bank**<br>Line from *Schedule A/B*: **17.7** | $3,649.00 | ■<br>☐ | $1,291.00<br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **checking account Embassy Bank**<br>Line from *Schedule A/B*: **17.7** | $3,649.00 | ■<br>☐ | $2,358.00<br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **savings account Embassy Bank**<br>Line from *Schedule A/B*: **17.8** | $2,655.00 | ■<br>☐ | $2,655.00<br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **IRA**<br>Line from *Schedule A/B*: **21.2** | $900.00 | ■<br>☐ | 100%<br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(10)(E)** |
| **IRA**<br>Line from *Schedule A/B*: **21.2** | $900.00 | ☐<br>■ | <br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(12)** |
| **Husband's personal injury claim, auto accident 3/16/17. Debtors represented by Weber. Kracht & Chellew, 847 West Market St., PO Box 258, Perkasie, PA 18944**<br>Line from *Schedule A/B*: **34.1** | $28,965.14 | ■<br>☐ | $5,290.14<br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Husband's personal injury claim, auto accident 3/16/17. Debtors represented by Weber. Kracht & Chellew, 847 West Market St., PO Box 258, Perkasie, PA 18944**<br>Line from *Schedule A/B*: **34.1** | $28,965.14 | ■<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(10)(C)** |
| **Husband's personal injury claim, auto accident 3/16/17. Debtors represented by Weber. Kracht & Chellew, 847 West Market St., PO Box 258, Perkasie, PA 18944**<br>Line from *Schedule A/B*: **34.1** | $28,965.14 | ■<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(11)(E)** |
| **Husband's personal injury claim, auto accident 3/16/17. Debtors represented by Weber. Kracht & Chellew, 847 West Market St., PO Box 258, Perkasie, PA 18944**<br>Line from *Schedule A/B*: **34.1** | $28,965.14 | ■<br>☐ | $23,675.00<br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(11)(D)** |

Debtor 1 **Bleam, Lindsay Ann & Bleam, Nathan Michael**  
Debtor 2

Case number (if known) **4:19-bk-10354**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **pending claim for social security disability**<br>Line from *Schedule A/B*: **34.2** | Unknown | ☐<br>■ | <br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(10)(C)** |
| **wife's claim arising from husband's personal injury lawsuit**<br>Line from *Schedule A/B*: **34.3** | $25,864.00 | ■<br>☐ | $2,189.00<br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **wife's claim arising from husband's personal injury lawsuit**<br>Line from *Schedule A/B*: **34.3** | $25,864.00 | ■<br>☐ | $23,675.00<br>100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(11)(D)** |

3. **Are you claiming a homestead exemption of more than $170,350**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No
       ☐ Yes

| Debtor 1 | Bleam, Lindsay Ann & Bleam, Nathan Michael | Case number (if known) | 4:19-bk-10354 |
| Debtor 2 | | | |

**Fill in this information to identify your case:**

Debtor 1 _____  _____  _____
         First Name         Middle Name        Last Name

Debtor 2     **Nathan Michael Bleam**
(Spouse if, filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

Case number  **4:19-bk-10354**
(if known)

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                                           4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|

**Debtor 2 Exemptions**
Brief description:
Line from *Schedule A/B*:                  _____      ☐ _____
                                                                 ☐ 100% of fair market value, up to any applicable statutory limit

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes