**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | NATHAN MICHAEL BLEAM : | |
| | and LINDSAY ANN BLEAM : | |
| | : | |
| | : | Chapter 13 |
| | : | |
| | : | Case No. 19-10354PMM |
| | **Debtors** : | |
| | : | |

**ORDER**

**AND NOW**, upon consideration of the Motion of Lynn E. Feldman, Esquire, for approval of settlement in connection to the Debtors' litigation, for authority to pay special counsel's fees and costs in connection to the Settlement and to pay Debtors their exemptions, after notice and hearing, if any; it is hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

1. **ORDERED**, that the Settlement (as defined in the Motion) is hereby **APPROVED**; and it is further
2. **ORDERED**, that thirty percent (33-1/3%) of the gross proceeds of any recovery for services rendered pursuant to the contingency fee agreement is reasonable compensation for the services rendered and expenses incurred and shall be paid to Richard C Howard, Jr., Esquire ("Howard") and the law firm of Weber Kracht & Chellow, PC their fees and expenses, for services rendered and costs expended pursuant to his employment as special counsel in connection to the Settlement; and it is further

3. **ORDERED**, that Debtor Wife is to receive her allowed exemptions pursuant to 11 U.S.C. § 522(d)(5) and 11 U.S.C. § 522(d)(11)(D).
4. **ORDERED,** that Debtor Husband is to receive his allowed exemptions pursuant to 11 U.S.C. § 522(d)(5) and 11 U.S.C. § 522(d)(11)(D).

**BY THE COURT:**

*Patricia M. Mayer*

**Date: August 28, 2020**

HONORABLE PATRICIA M MAYER
UNITED STATES BANKRUPTCY JUDGE