United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lindsay Ann Bleam  
Nathan Michael Bleam  
    Debtors

Case No. 19-10354-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: ChrissyW     Page 1 of 1     Date Rcvd: Aug 28, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2020.  
db/jdb        Lindsay Ann Bleam,    Nathan Michael Bleam,    630 Walnut St,    Emmaus, PA   18049-2220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2020 at the address(es) listed below:  
         KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
         LYNN E. FELDMAN    on behalf of Debtor Lindsay Ann Bleam feldmanfiling@rcn.com  
         LYNN E. FELDMAN    on behalf of Joint Debtor Nathan Michael Bleam feldmanfiling@rcn.com  
         ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
          ecfmail@readingch13.com  
         SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                 TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    NATHAN MICHAEL BLEAM    :
           and LINDSAY ANN BLEAM    :
               :
               :    Chapter 13
               :
               :    Case No. 19-10354PMM
           **Debtors**    :
_____:

### ORDER

**AND NOW**, upon consideration of the Motion of Lynn E. Feldman, Esquire, for approval of settlement in connection to the Debtors' litigation, for authority to pay special counsel's fees and costs in connection to the Settlement and to pay Debtors their exemptions, after notice and hearing, if any; it is hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

1. **ORDERED**, that the Settlement (as defined in the Motion) is hereby **APPROVED**; and it is further
2. **ORDERED**, that thirty percent (33-1/3%) of the gross proceeds of any recovery for services rendered pursuant to the contingency fee agreement is reasonable compensation for the services rendered and expenses incurred and shall be paid to Richard C Howard, Jr., Esquire ("Howard") and the law firm of Weber Kracht & Chellow, PC their fees and expenses, for services rendered and costs expended pursuant to his employment as special counsel in connection to the Settlement; and it is further

3. **ORDERED**, that Debtor Wife is to receive her allowed exemptions pursuant to 11 U.S.C. § 522(d)(5) and 11 U.S.C. § 522(d)(11)(D).
4. **ORDERED,** that Debtor Husband is to receive his allowed exemptions pursuant to 11 U.S.C. § 522(d)(5) and 11 U.S.C. § 522(d)(11)(D).

**BY THE COURT:**

*Patricia M. Mayer*

**Date: August 28, 2020**

HONORABLE PATRICIA M MAYER
UNITED STATES BANKRUPTCY JUDGE