**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

In re:  Case No. **19-10354-pmm**
LINDSAY ANN BLEAM & NATHAN MICHAEL
BLEAM

Debtor(s).

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>USAA FEDERAL SAVINGS BANK</u>  Court Claim # 31-1
Name of Secured Creditor

Old Address of Secured Creditor:

USAA Federal Savings Bank
C/O Weinstein & Riley, PS
2001 Western Ave,
Suite 400
Seattle, WA 98121

New Name and/or Address where **NOTICES** to Secured Creditor
should be sent:

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA  30097
Phone: <u>470-321-7112</u>

Name and/or Address where **PAYMENTS** to Secured Creditor
should be sent (if different from above):

Consumer Payment Processing-
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PO Box 272310
Boca Raton, FL  33427
Phone: <u>561-241-6901</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Charles G. Wohlrab</u>  Date:  <u>  11/03/2021        </u>
    Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 5, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Lindsay Ann Bleam
630 Walnut St
Emmaus, PA 18049-2220

Nathan Michael Bleam
630 Walnut St
Emmaus, PA 18049-2220

And via electronic mail to:

LYNN E. FELDMAN
FELDMAN LAW OFFICE
2310 WALBERT AVE
STE 103
ALLENTOWN, PA 18104

SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/Tan-Asia D. Council