**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re:<br><br>Lindsay Ann Bleam and Nathan Michael Bleam<br>Debtors.<br><br><br>SSN # XXX-XX-0709<br>SSN # XXX-XX-6415 | Chapter 13<br>CASE NO. 19-10354-pmm<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM |

TO: Attorney for the Debtor: Lawrence S Rubin
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of TD Bank USA, N.A., for account # **XXXXXXXXXXX3010**, in the amount of $9,134.89 docketed by the court on **March 29, 2019**, claim number 42.

2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:   April 28, 2022

**Weinstein & Riley, P.S.**

/s/ Taylor Bartle
Taylor Bartle, Legal Assistant
Representative for TD Bank USA, N.A.
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490
Email: bncmail@w-legal.com

**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

In re:

Lindsay Ann Bleam and Nathan Michael Bleam
          Debtors.

Chapter 13
CASE NO. 19-10354-pmm

SSN # XXX-XX-0709
SSN # XXX-XX-6415

### CERTIFICATE OF SERVICE

      I, Poonsri Wallace, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec.

1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 42

was electronically filed using the Court's ECF system which will send notification of such filing, or by

first class mail, postage pre-paid, on April 28, 2022 to the following parties:

Trustee via ECF
ROLANDO RAMOS-CARDONA
ecfmail@readingch13.com

Debtors' Counsel via ECF
LYNN E. FELDMAN
feldmanfiling@rcn.com

U.S. Trustee via ECF
USTPRegion03.PH.ECF@usdoj.gov

Dated: April 28, 2022

/s/ Poonsri Wallace
Poonsri Wallace