Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-10354-PMM**

NATHAN MICHAEL  BLEAM
LINDSAY ANN  BLEAM
630 WALNUT ST
EMMAUS  PA    18049-2220

Petition Filed Date: 01/18/2019
341 Hearing Date: 02/19/2019
Confirmation Date: 07/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $70.00 | | 05/10/2021 | $70.00 | | 06/08/2021 | $70.00 | |
| 07/09/2021 | $70.00 | | 08/09/2021 | $70.00 | | 09/10/2021 | $70.00 | |
| 10/08/2021 | $70.00 | | 11/08/2021 | $70.00 | | 12/09/2021 | $70.00 | |
| 01/10/2022 | $70.00 | | 02/08/2022 | $70.00 | | 03/08/2022 | $70.00 | |
| 04/08/2022 | $70.00 | | 05/09/2022 | $70.00 | | 06/08/2022 | $70.00 | |
| 07/12/2022 | $70.00 | | | | | | | |

**Total Receipts for the Period: $1,120.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $2,940.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 11 | AMERICAN INFOSOURCE LP <br> »» 011 | Unsecured Creditors | $2,161.71 | $0.00 | $2,161.71 |
| 4 | BANKERS HEALTHCARE GROUP CO PINNACLE BANK <br> »» 004 | Unsecured Creditors | $7,877.27 | $16.96 | $7,860.31 |
| 5 | BANKERS HEALTHCARE GROUP CO PINNACLE BANK <br> »» 005 | Unsecured Creditors | $20,653.68 | $50.69 | $20,602.99 |
| 12 | BMW BANK OF NORTH AMERICA <br> »» 012 | Unsecured Creditors | $4,742.10 | $0.00 | $4,742.10 |
| 38 | CITIBANK NA <br> »» 038 | Unsecured Creditors | $326.49 | $0.00 | $326.49 |
| 39 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 039 | Unsecured Creditors | $688.54 | $0.00 | $688.54 |
| 29 | QUANTUM3 GROUP LLC as agent for <br> »» 029 | Unsecured Creditors | $1,104.46 | $0.00 | $1,104.46 |
| 30 | QUANTUM3 GROUP LLC as agent for <br> »» 030 | Unsecured Creditors | $12,158.22 | $34.35 | $12,123.87 |
| 7 | DIAMOND FEDERAL CREDIT UNION <br> »» 007 | Unsecured Creditors | $10,063.99 | $31.37 | $10,032.62 |
| 1 | DISCOVER BANK <br> »» 001 | Unsecured Creditors | $2,326.47 | $0.00 | $2,326.47 |
| 2 | DISCOVER BANK <br> »» 002 | Unsecured Creditors | $13,413.46 | $32.96 | $13,380.50 |
| 37 | DEPARTMENT STORE NATIONAL BANK <br> »» 037 | Unsecured Creditors | $814.49 | $0.00 | $814.49 |
| 13 | CHASE BANK USA NA <br> »» 013 | Unsecured Creditors | $3,922.42 | $0.00 | $3,922.42 |

**Chapter 13 Case No. 19-10354-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | CHASE BANK USA NA<br>»» 014 | Unsecured Creditors | $4,430.01 | $0.00 | $4,430.01 |
| 15 | CHASE BANK USA NA<br>»» 015 | Unsecured Creditors | $2,357.08 | $0.00 | $2,357.08 |
| 16 | CHASE BANK USA NA<br>»» 016 | Unsecured Creditors | $3,242.79 | $0.00 | $3,242.79 |
| 17 | CHASE BANK USA NA<br>»» 017 | Unsecured Creditors | $1,311.65 | $0.00 | $1,311.65 |
| 3 | KEYBANK N.A.<br>»» 003 | Unsecured Creditors | $5,906.11 | $16.67 | $5,889.44 |
| 18 | PENTAGON FEDERAL CREDIT UNION<br>»» 018 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PENTAGON FEDERAL CREDIT UNION<br>»» 019 | Unsecured Creditors | $15,479.53 | $48.31 | $15,431.22 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 020 | Unsecured Creditors | $3,297.00 | $0.00 | $3,297.00 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 021 | Unsecured Creditors | $26,122.00 | $81.46 | $26,040.54 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 022 | Unsecured Creditors | $7,259.86 | $15.59 | $7,244.27 |
| 8 | PEOPLE FIRST FCU<br>»» 008 | Unsecured Creditors | $513.69 | $0.00 | $513.69 |
| 9 | PEOPLE FIRST FCU<br>»» 009 | Unsecured Creditors | $3,580.10 | $0.00 | $3,580.10 |
| 10 | PEOPLE FIRST FCU<br>»» 010 | Unsecured Creditors | $489.80 | $0.00 | $489.80 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $4,268.73 | $0.00 | $4,268.73 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $1,414.35 | $0.00 | $1,414.35 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $3,041.31 | $0.00 | $3,041.31 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 026 | Unsecured Creditors | $6,260.26 | $15.36 | $6,244.90 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $1,045.63 | $0.00 | $1,045.63 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 028 | Unsecured Creditors | $5,298.89 | $16.51 | $5,282.38 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 034 | Unsecured Creditors | $920.50 | $0.00 | $920.50 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 035 | Unsecured Creditors | $1,044.38 | $0.00 | $1,044.38 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 036 | Unsecured Creditors | $7,904.33 | $17.02 | $7,887.31 |
| 6 | QUICKEN LOANS INC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | SYNCHRONY BANK<br>»» 043 | Unsecured Creditors | $2,514.69 | $0.00 | $2,514.69 |
| 40 | LVNV FUNDING LLC<br>»» 040 | Unsecured Creditors | $2,670.31 | $0.00 | $2,670.31 |
| 41 | LVNV FUNDING LLC<br>»» 041 | Unsecured Creditors | $7,348.79 | $15.81 | $7,332.98 |
| 42 | TD BANK USA NA<br>»» 042 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | USAA FEDERAL SAVINGS BANK<br>»» 031 | Unsecured Creditors | $12,690.37 | $35.84 | $12,654.53 |
| 32 | USAA FEDERAL SAVINGS BANK<br>»» 032 | Unsecured Creditors | $2,027.62 | $0.00 | $2,027.62 |
| 33 | USAA FEDERAL SAVINGS BANK<br>»» 033 | Unsecured Creditors | $7,027.16 | $15.13 | $7,012.03 |
| 44 | LYNN E FELDMAN ESQ<br>»» 044 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 19-10354-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,940.00 | Current Monthly Payment: | $70.00 |
| Paid to Claims: | $2,444.03 | Arrearages: | $0.00 |
| Paid to Trustee: | $254.80 | Total Plan Base: | $4,200.00 |
| Funds on Hand: | $241.17 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.