| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-10354-PMM

NATHAN MICHAEL BLEAM  
LINDSAY ANN BLEAM  
630 WALNUT ST  
EMMAUS PA 18049-2220

Petition Filed Date: 01/18/2019  
341 Hearing Date: 02/19/2019  
Confirmation Date: 07/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $70.00 | | 09/09/2022 | $70.00 | | 10/11/2022 | $70.00 | |
| 11/08/2022 | $70.00 | | 12/08/2022 | $70.00 | | 01/11/2023 | $70.00 | |
| 02/08/2023 | $70.00 | | 03/08/2023 | $70.00 | | 04/10/2023 | $70.00 | |
| 05/08/2023 | $70.00 | | 06/08/2023 | $70.00 | | 07/11/2023 | $70.00 | |

**Total Receipts for the Period: $840.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $2,161.71 | $0.00 | $2,161.71 |
| 4 | BANKERS HEALTHCARE GROUP CO PINNACLE BANK<br>»» 004 | Unsecured Creditors | $7,877.27 | $49.91 | $7,827.36 |
| 5 | BANKERS HEALTHCARE GROUP CO PINNACLE BANK<br>»» 005 | Unsecured Creditors | $20,653.68 | $124.86 | $20,528.82 |
| 12 | BMW BANK OF NORTH AMERICA<br>»» 012 | Unsecured Creditors | $4,742.10 | $31.44 | $4,710.66 |
| 38 | CITIBANK NA<br>»» 038 | Unsecured Creditors | $326.49 | $0.00 | $326.49 |
| 39 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 039 | Unsecured Creditors | $688.54 | $0.00 | $688.54 |
| 29 | QUANTUM3 GROUP LLC as agent for<br>»» 029 | Unsecured Creditors | $1,104.46 | $0.00 | $1,104.46 |
| 30 | QUANTUM3 GROUP LLC as agent for<br>»» 030 | Unsecured Creditors | $12,158.22 | $69.92 | $12,088.30 |
| 7 | DIAMOND FEDERAL CREDIT UNION<br>»» 007 | Unsecured Creditors | $10,063.99 | $66.65 | $9,997.34 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,326.47 | $15.34 | $2,311.13 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $13,413.46 | $81.08 | $13,332.38 |
| 37 | DEPARTMENT STORE NATIONAL BANK<br>»» 037 | Unsecured Creditors | $814.49 | $0.00 | $814.49 |
| 13 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $3,922.42 | $15.66 | $3,906.76 |
| 14 | CHASE BANK USA NA<br>»» 014 | Unsecured Creditors | $4,430.01 | $15.14 | $4,414.87 |

**Chapter 13 Case No. 19-10354-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CHASE BANK USA NA »» 015 | Unsecured Creditors | $2,357.08 | $15.56 | $2,341.52 |
| 16 | CHASE BANK USA NA »» 016 | Unsecured Creditors | $3,242.79 | $15.79 | $3,227.00 |
| 17 | CHASE BANK USA NA »» 017 | Unsecured Creditors | $1,311.65 | $0.00 | $1,311.65 |
| 3 | KEYBANK N.A. »» 003 | Unsecured Creditors | $5,906.11 | $32.24 | $5,873.87 |
| 18 | PENTAGON FEDERAL CREDIT UNION »» 018 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PENTAGON FEDERAL CREDIT UNION »» 019 | Unsecured Creditors | $15,479.53 | $102.59 | $15,376.94 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» 020 | Unsecured Creditors | $3,297.00 | $15.15 | $3,281.85 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR »» 021 | Unsecured Creditors | $26,122.00 | $173.03 | $25,948.97 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR »» 022 | Unsecured Creditors | $7,259.86 | $48.08 | $7,211.78 |
| 8 | PEOPLE FIRST FCU »» 008 | Unsecured Creditors | $513.69 | $0.00 | $513.69 |
| 9 | PEOPLE FIRST FCU »» 009 | Unsecured Creditors | $3,580.10 | $15.38 | $3,564.72 |
| 10 | PEOPLE FIRST FCU »» 010 | Unsecured Creditors | $489.80 | $0.00 | $489.80 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $4,268.73 | $15.80 | $4,252.93 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $1,414.35 | $0.00 | $1,414.35 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES »» 025 | Unsecured Creditors | $3,041.31 | $15.75 | $3,025.56 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $6,260.26 | $30.56 | $6,229.70 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES »» 027 | Unsecured Creditors | $1,045.63 | $0.00 | $1,045.63 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES »» 028 | Unsecured Creditors | $5,298.89 | $31.99 | $5,266.90 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES »» 034 | Unsecured Creditors | $920.50 | $0.00 | $920.50 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES »» 035 | Unsecured Creditors | $1,044.38 | $0.00 | $1,044.38 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES »» 036 | Unsecured Creditors | $7,904.33 | $50.11 | $7,854.22 |
| 6 | QUICKEN LOANS INC »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | SYNCHRONY BANK »» 043 | Unsecured Creditors | $2,514.69 | $15.24 | $2,499.45 |
| 40 | LVNV FUNDING LLC »» 040 | Unsecured Creditors | $2,670.31 | $15.32 | $2,654.99 |
| 41 | LVNV FUNDING LLC »» 041 | Unsecured Creditors | $7,348.79 | $48.64 | $7,300.15 |
| 42 | TD BANK USA NA »» 042 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | USAA FEDERAL SAVINGS BANK »» 031 | Unsecured Creditors | $12,690.37 | $73.00 | $12,617.37 |
| 32 | USAA FEDERAL SAVINGS BANK »» 032 | Unsecured Creditors | $2,027.62 | $0.00 | $2,027.62 |
| 33 | USAA FEDERAL SAVINGS BANK »» 033 | Unsecured Creditors | $7,027.16 | $46.57 | $6,980.59 |
| 44 | LYNN E FELDMAN ESQ »» 044 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 19-10354-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,850.00 | Current Monthly Payment: | $70.00 |
| Paid to Claims: | $3,230.80 | Arrearages: | ($70.00) |
| Paid to Trustee: | $331.10 | Total Plan Base: | $4,200.00 |
| Funds on Hand: | $288.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.