United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-10354-pmm

Lindsay Ann Bleam  Chapter 13

Nathan Michael Bleam

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4

Date Rcvd: Jan 24, 2024      Form ID: 138OBJ      Total Noticed: 66

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Lindsay Ann Bleam, Nathan Michael Bleam, 630 Walnut St, Emmaus, PA 18049-2220 |
| 14260662 | | Allied Interstate, PO Box 361474, Columbus, OH 43236-1474 |
| 14268084 | + | Bankers Healthcare Group co Pinnacle Bank, 150 3rd Ave South Ste 900, Nashville, TN 37201-2034 |
| 14260688 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First Fed C, 2141 Downyflake Ln, Allentown, PA 18103-4774 |
| 14260685 | + | Pentagon Federal Cr Un, PO Box 19046, Alexandria, VA 20598-0001 |
| 14260687 | + | People 1st Fcu, 2141 Downyflake Ln, Allentown, PA 18103-4937 |
| 14269197 | + | Quicken Loans Inc., 63 Woodward Avenue, Detroit, MI 48229-1563 |
| 14262713 | + | Quicken Loans Inc., c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14260691 | | St Lukes University Health Network, 801 Ostrum St, Bethlehem, PA 18015-1000 |
| 14648568 | + | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane, PO Box 272310, Boca Raton, FL 33427-2310 |
| 14648565 | + | USAA Federal Savings Bank, c/o Robertson Anschutz Schnied Crane, PO Box 272310, Boca Raton, FL 33427-2310 |
| 14260698 | | Usaa Federal Savings B, PO Box 47504, San Antonio, TX 78201 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 25 2024 08:10:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 25 2024 08:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14260661 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:16:39 | AA/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14260663 | ^ | MEBN | Jan 25 2024 08:02:00 | American Coradius International, 2420 Sweet Home Rd Ste 150, Buffalo, NY 14228-2244 |
| 14260664 | | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 08:27:33 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 14278272 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 25 2024 08:16:39 | BMW Bank of North America, PO Box 23356, Pittsburgh PA 15222-6356 |
| 14260665 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 25 2024 08:10:00 | Bank Of America, PO Box 2278, Norfolk, VA 23501-2278 |
| 14260666 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 25 2024 08:10:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14260667 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 25 2024 08:27:46 | Bmw Bank of North Amer, 2735 E Parleys Way, Salt Lake City, UT 84109-1666 |
| 14260668 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 08:16:58 | Cap1/cabel, 4800 NW 1st St, Lincoln, NE 68521-4463 |

Case 19-10354-pmm    Doc 72    Filed 01/26/24    Entered 01/27/24 00:33:08    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 138OBJ | Total Noticed: 66 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14260669 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 08:16:24 | Cap1/cbela, 4800 NW 1st St, Lincoln, NE 68521-4463 |
| 14260670 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 08:16:55 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14260671 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 08:16:36 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14277802 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 25 2024 08:16:55 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14260672 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:27:47 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14282082 | + | Email/Text: RASEBN@raslg.com | Jan 25 2024 08:10:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14296912 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:16:58 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14260674 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2024 08:10:00 | Comenitybank/legndpine, PO Box 182789, Columbus, OH 43218-2789 |
| 14260675 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2024 08:10:00 | Comenitybk/sguidevs, PO Box 182789, Columbus, OH 43218-2789 |
| 14260676 | | Email/Text: bankruptcy@diamondcu.com | Jan 25 2024 08:10:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14260678 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:16:57 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 14296562 | | Email/Text: bnc-quantum@quantum3group.com | Jan 25 2024 08:10:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14263043 | | Email/Text: mrdiscen@discover.com | Jan 25 2024 08:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14260677 | | Email/Text: mrdiscen@discover.com | Jan 25 2024 08:10:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14260679 | | Email/Text: egssupportservices@alorica.com | Jan 25 2024 08:10:00 | EGS financial Care, PO Box 1020, Horsham, PA 19044-8020 |
| 14260680 | ^ | MEBN | Jan 25 2024 08:02:01 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 14260681 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 25 2024 08:27:47 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14260682 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:27:48 | Genpact Services, PO Box 960013, Orlando, FL 32896-0013 |
| 14260673 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 25 2024 08:16:37 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14264718 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 25 2024 08:10:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14260683 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 25 2024 08:10:00 | Keybank NA, PO Box 94518, Cleveland, OH 44101-4518 |
| 14454062 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 08:16:38 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 14260684 | ^ | MEBN | Jan 25 2024 08:01:52 | Mercantile Adjustment Bureau, 165 Lawrence Bell Dr Ste 100, Williamsville, NY 14221-7900 |
| 14284766 | | Email/Text: bkrgeneric@penfed.org | Jan 25 2024 08:10:00 | Pentagon Federal Credit Union, Bankruptcy Department, P.O. Box 1432, Alexandria, VA 22313 |
| 14596410 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 19-10354-pmm    Doc 72    Filed 01/26/24    Entered 01/27/24 00:33:08    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 138OBJ | Total Noticed: 66 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14287942 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2024 08:16:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14260686 | | Email/Text: bkrgeneric@penfed.org | Jan 25 2024 08:16:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14260689 | | Email/Text: bankruptcy@pnfp.com | Jan 25 2024 08:10:00 | Pentagon Federal Cr Un, PO Box 1432, Alexandria, VA 22313-1432 |
| 14612354 | | Email/Text: bnc-quantum@quantum3group.com | Jan 25 2024 08:11:00 | Pinnacle Bank, 150 3rd Ave S, Nashville, TN 37201-2011 |
| 14292776 | | Email/Text: bnc-quantum@quantum3group.com | Jan 25 2024 08:10:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14260690 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 25 2024 08:10:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14269199 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 25 2024 08:10:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14297321 | + | Email/Text: bncmail@w-legal.com | Jan 25 2024 08:10:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14260696 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:10:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14260692 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:16:35 | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14260693 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:16:55 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14260694 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:16:24 | Syncb/marvel, C/o, PO Box 965022, Orlando, FL 32896-5022 |
| 14260695 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:16:58 | Syncb/oldnavydc, PO Box 965005, Orlando, FL 32896-5005 |
| 14260781 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2024 08:16:24 | Syncb/paypal Extras Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 14297389 | + | Email/Text: bncmail@w-legal.com | Jan 25 2024 08:16:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14260697 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:10:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14293920 | + | Email/Text: RASEBN@raslg.com | Jan 25 2024 08:27:11 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14648567 | + | Email/Text: RASEBN@raslg.com | Jan 25 2024 08:10:00 | USAA Federal Savings Bank, C/O Robertson Anschutz Schnied Crane, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14260699 | | Email/Text: bkelectronicnotices@usaa.com | Jan 25 2024 08:10:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| | | | Jan 25 2024 08:10:00 | Usaa Savings Bank, 10750 W McDermott Fwy, San Antonio, TX 78288-1601 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14270474 | *P++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799, address filed with |

Case 19-10354-pmm    Doc 72    Filed 01/26/24    Entered 01/27/24 00:33:08    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 138OBJ | Total Noticed: 66 |

| | | |
|---|---|---|
| | | court:, People First Federal Credit Union, 2141 Downyflake Ln, Allentown, PA 18103-4774 |
| 14467832 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14612355 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14612356 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14297323 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14297324 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14297421 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14648570 | *+ | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane, PO Box 272310, Boca Raton, FL 33427-2310 |
| 14648569 | *+ | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor USAA Federal Savings Bank bkecf@friedmanvartolo.com |
| KEVIN G. MCDONALD | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| LYNN E. FELDMAN | on behalf of Debtor Lindsay Ann Bleam feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com |
| LYNN E. FELDMAN | on behalf of Joint Debtor Nathan Michael Bleam feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com |
| MARK A. CRONIN | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Lindsay Ann Bleam and Nathan Michael Bleam

        Debtor(s)

Case No: 19−10354−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/24/24