| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-10354-PMM**

NATHAN MICHAEL  BLEAM
LINDSAY ANN  BLEAM
630 WALNUT ST
EMMAUS  PA    18049-2220

Petition Filed Date: 01/18/2019
341 Hearing Date: 02/19/2019
Confirmation Date: 07/11/2019

Case Status: Completed on 1/ 9/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $70.00 | | 09/11/2023 | $70.00 | | 10/10/2023 | $70.00 | |
| 11/08/2023 | $70.00 | | 12/08/2023 | $70.00 | | 01/09/2024 | $70.00 | |

**Total Receipts for the Period: $420.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $2,161.71 | $18.05 | $2,143.66 |
| 4 | BANKERS HEALTHCARE GROUP CO PINNACLE BANK<br>»» 004 | Unsecured Creditors | $7,877.27 | $65.79 | $7,811.48 |
| 5 | BANKERS HEALTHCARE GROUP CO PINNACLE BANK<br>»» 005 | Unsecured Creditors | $20,653.68 | $172.50 | $20,481.18 |
| 12 | BMW BANK OF NORTH AMERICA<br>»» 012 | Unsecured Creditors | $4,742.10 | $39.63 | $4,702.47 |
| 38 | CITIBANK NA<br>»» 038 | Unsecured Creditors | $326.49 | $2.71 | $323.78 |
| 39 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 039 | Unsecured Creditors | $688.54 | $5.72 | $682.82 |
| 29 | QUANTUM3 GROUP LLC as agent for<br>»» 029 | Unsecured Creditors | $1,104.46 | $9.20 | $1,095.26 |
| 30 | QUANTUM3 GROUP LLC as agent for<br>»» 030 | Unsecured Creditors | $12,158.22 | $101.48 | $12,056.74 |
| 7 | DIAMOND FEDERAL CREDIT UNION<br>»» 007 | Unsecured Creditors | $10,063.99 | $84.03 | $9,979.96 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,326.47 | $19.36 | $2,307.11 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $13,413.46 | $112.02 | $13,301.44 |
| 37 | DEPARTMENT STORE NATIONAL BANK<br>»» 037 | Unsecured Creditors | $814.49 | $6.83 | $807.66 |
| 13 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $3,922.42 | $32.73 | $3,889.69 |
| 14 | CHASE BANK USA NA<br>»» 014 | Unsecured Creditors | $4,430.01 | $37.00 | $4,393.01 |
| 15 | CHASE BANK USA NA<br>»» 015 | Unsecured Creditors | $2,357.08 | $19.64 | $2,337.44 |

Chapter 13 Case No. 19-10354-PMM

| | | | | | |
|---|---|---|---|---|---|
| 16 | CHASE BANK USA NA »» 016 | Unsecured Creditors | $3,242.79 | $27.05 | $3,215.74 |
| 17 | CHASE BANK USA NA »» 017 | Unsecured Creditors | $1,311.65 | $10.94 | $1,300.71 |
| 3 | KEYBANK N.A. »» 003 | Unsecured Creditors | $5,906.11 | $49.26 | $5,856.85 |
| 18 | PENTAGON FEDERAL CREDIT UNION »» 018 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PENTAGON FEDERAL CREDIT UNION »» 019 | Unsecured Creditors | $15,479.53 | $129.33 | $15,350.20 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» 020 | Unsecured Creditors | $3,297.00 | $27.60 | $3,269.40 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR »» 021 | Unsecured Creditors | $26,122.00 | $218.13 | $25,903.87 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR »» 022 | Unsecured Creditors | $7,259.86 | $60.61 | $7,199.25 |
| 8 | PEOPLE FIRST FCU »» 008 | Unsecured Creditors | $513.69 | $4.27 | $509.42 |
| 9 | PEOPLE FIRST FCU »» 009 | Unsecured Creditors | $3,580.10 | $29.94 | $3,550.16 |
| 10 | PEOPLE FIRST FCU »» 010 | Unsecured Creditors | $489.80 | $4.06 | $485.74 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $4,268.73 | $35.62 | $4,233.11 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $1,414.35 | $11.79 | $1,402.56 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES »» 025 | Unsecured Creditors | $3,041.31 | $25.40 | $3,015.91 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $6,260.26 | $52.30 | $6,207.96 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES »» 027 | Unsecured Creditors | $1,045.63 | $8.72 | $1,036.91 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES »» 028 | Unsecured Creditors | $5,298.89 | $44.23 | $5,254.66 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES »» 034 | Unsecured Creditors | $920.50 | $7.70 | $912.80 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES »» 035 | Unsecured Creditors | $1,044.38 | $8.72 | $1,035.66 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES »» 036 | Unsecured Creditors | $7,904.33 | $66.06 | $7,838.27 |
| 6 | QUICKEN LOANS INC »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | SYNCHRONY BANK »» 043 | Unsecured Creditors | $2,514.69 | $21.04 | $2,493.65 |
| 40 | LVNV FUNDING LLC »» 040 | Unsecured Creditors | $2,670.31 | $22.25 | $2,648.06 |
| 41 | LVNV FUNDING LLC »» 041 | Unsecured Creditors | $7,348.79 | $61.34 | $7,287.45 |
| 42 | TD BANK USA NA »» 042 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | USAA FEDERAL SAVINGS BANK »» 031 | Unsecured Creditors | $12,690.37 | $105.96 | $12,584.41 |
| 32 | USAA FEDERAL SAVINGS BANK »» 032 | Unsecured Creditors | $2,027.62 | $16.90 | $2,010.72 |
| 33 | USAA FEDERAL SAVINGS BANK »» 033 | Unsecured Creditors | $7,027.16 | $58.70 | $6,968.46 |
| 44 | LYNN E FELDMAN ESQ »» 044 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 44 | AA/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 45 | AMEX | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 46 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 47 | CAP1/CABELA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 48 | CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 49 | CHASE CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-10354-PMM**

| 50 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 51 | ST LUKES UNIVERSITY HEALTH NETWORK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 52 | USAA SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,200.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $3,834.61 | Arrearages: | $0.00 |
| Paid to Trustee: | $365.39 | Total Plan Base: | $4,200.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.