**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1   Lindsay Ann Bleam

Debtor 2   Nathan Michael Bleam

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   19-10354 PMM

## Official Form 410S1

# Notice of Mortgage Payment Change                                 **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**

**Court claim no**. (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 6180

**Date of payment change:**
Must be at least 21 days after date of this notice                12/01/2022

**New total payment:**                $1275.76
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $577.14 _____          New escrow payment:   $ 609.36 _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $_____ New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____          New mortgage payment:  $ _____

| Debtor(s) | <u>Lindsay Ann Bleam, Nathan Michael Bleam</u> | | Case number (*if known*)  19-10354 PMM |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ *Michael Farrington*                                         Date    10/21/2022
    Signature
**Print:** Michael Farrington
        21 Oct 2022, 12:51:28, EDT

Title   <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701          Market Street, Suite 5000</u>
        Number          Street
        Philadelphia,                          PA    19106

        City                                State      ZIP Code

Contact phone   (215) 627–1322                    Email  <u>bkgroup@kmllawgroup.com</u>

---

Document ID: a62fd5c6a6496b1d1dd7ea4e1d603e0f7708d80308ae17874e030b872ca1caef