## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lindsay Ann Bleam<br>Nathan Michael Bleam<br>                Debtors | BK NO. 19-10354 PMM<br><br>Chapter 13 |
| Rocket Mortgage, LLC f/k/a Quicken<br>Loans, LLC f/k/a Quicken Loans Inc.<br>                Movant<br>    vs.<br><br>Lindsay Ann Bleam<br>Nathan Michael Bleam<br>                Debtors<br><br>Scott F. Waterman, Esq.<br>                Trustee | Related to Claim No. 6 |

## CERTIFICATE OF SERVICE OF
## NOTICE OF PAYMENT CHANGE

I, Michael P. Farrington, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 21, 2022, I caused to be served the above captioned pleading on the parties at the addresses shown below:

Debtors
Lindsay Ann Bleam
630 Walnut Street
Emmaus, PA 18049-2220
VIA Regular Mail

Nathan Michael Bleam
630 Walnut Street
Emmaus, PA 18049-2220
VIA Regular Mail

Attorney for Debtors
Lynn E. Feldman, Esq.
2310 Walbert Ave, Ste 103
Allentown, PA 18104
VIA ECF

Trustee
Scott F. Waterman, Esq.
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
VIA ECF

Dated: October 21, 2022

**/s/Michael P. Farrington, Esquire**
Michael P. Farrington, Esquire
Attorney ID No. 329636
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 825-6488
Email: bkgroup@kmllawgroup.com